ORIGINAL



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JANE MCCARTHY<br>    PLAINTIFF | § § § | |
| VS. | § | CASE NO. 4:11-cv-00356−A |
| BANK OF AMERICA, NA, BAC<br>HOME LOANS SERVICING, LP and<br>FEDERAL HOME LOAN<br>MORTGAGE CORPORATION<br>    DEFENDANTS | § § § § § § | |

**DEFENDANT FEDERAL HOME LOAN MORTGAGE CORPORATION'S
MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

    **COMES NOW FEDERAL HOME LOAN MORTGAGE CORPORATION** (hereafter referred to simply as "**FREDDIE MAC**") a named Defendant in the above-referenced and numbered proceeding and files Motion to Dismiss Plaintiff's First Amended Complaint. In support thereof, **FREDDIE MAC** shows the following:

    1.    **FREDDIE MAC** joins in the defendant, Bank of America's Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6) because, as pleaded, the Amended Complaint still fails to state a claim upon which relief can be granted.

    2.    **FREDDIE MAC** incorporates and adopts herein by reference, each and every assertion, legal argument, brief, evidence and conclusion contained in the Bank of America's Motion to Dismiss and states that the Amended Complaint demonstrates on its face that the Plaintiff has no valid claims against **FREDDIE MAC** and therefore, this action should be dismissed.

WHEREFORE, **FEDERAL HOME LOAN MORTGAGE CORPORATION** prays to the Court that the Plaintiff takes nothing by this Amended Complaint, that the Amended Complaint be dismissed, and for such other and further relief as the Court may find just and equitable.

Respectfully Submitted,

_____
**RANDALL B. CLARK**
State Bar No. 04294900
<u>randall.clark@tx.cslegal.com</u>
*Attorney In Charge*
**ROBERT L. NEGRIN**
State Bar No. 14865550
**MARY M. SPEIDEL**
State Bar No. 18908400
650 N. Sam Houston Parkway East, Ste. 450
Houston, Texas 77060
(281) 925-5200
(281) 925-5300 (Facsimile)

OF COUNSEL:
CODILIS & STAWIARSKI, P.C.

LOCAL COUNSEL:
RODNEY HUBBARD

**ATTORNEYS FOR FEDERAL HOME LOAN MORTGAGE CORPORATION**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the Defendant, **FEDERAL HOME LOAN MORTGAGE CORPORATION'S** Motion to Dismiss was served on the following parties at the addresses indicated by Facsimile, deposit in the United States Mail, first class postage prepaid, and/or by electronic notice on November 7, 2011.

*Via Facsimile: (214) 824-5490*
GAGNON, PEACOCK, SHANKLIN & VEREEKE, P.C.
J.B. Peacock, Jr.
D.G. Gagnon
Cynthia K. Shanklin
David Vereeke
4245 North Central Expressway
Suite 250, LockBox 104
Dallas, Texas 75205

*Via Facsimile: (214) 981-9339*
AKERMAN SENTERFITT, LLP
C. Charles Townsend
D. Stewart Clancy
2001 Ross Avenue
Suite 2550
Dallas, Texas 75201

RANDALL B. CLARK